# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SHERRY KEENER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| (1) GARFIELD COUNTY DETENTION CENTER, an Oklahoma Title 60 authority; | ) ) |
| (2) BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF GARFIELD, a Political Subdivision of the State of Oklahoma; | ) ) ) ) Case No. CIV-18-665-M |
| (3) JERRY NILES, individually, and in his official capacity as Sheriff of Garfield County; | ) ) |
| (4) TURN KEY HEALTH CLINICS, LLC, an Oklahoma limited liability corporation; | ) ) |
| (5) JOHN DOES (1 - 3), unknown individuals who were involved but not yet identified, | ) ) |
| | ) |
| Defendants. | ) |

## STIPULATION FOR DISMISSAL WITHOUT PREJUDICE
## AS TO TURN KEY HEALTH CLINICS, LLC

WHEREAS, the Plaintiff, Sherry Keener has filed a Petition alleging claims against Turn Key Health Clinic, LLC, in the District Court of Garfield County, State of Oklahoma;

WHEREAS, the Defendant, Turn Key Health Clinics, LLC, removed the case to the United States District Court for the Western District of Oklahoma and filed a Motion to Dismiss; and

WHEREAS, it is hereby agreed to by the parties that all claims asserted against Turn Key Health Clinics, LLC, should be dismissed.

THEREFORE, it is hereby stipulated by and between the Plaintiff and Turn Key Health Clinics, that the captioned case as to Turn Key Health Clinic, LLC, should be dismissed and the parties shall bear their own costs and attorney fees. Fed. R. Civ. P. 41(a)(1)(A)(ii).

IT IS SO STIPULATED.

Respectfully submitted,

*s /Michael D. Roberts*
Stephen Park Cameron, OBA# 20466
Mitchell & DeClerck
202 West Broadway
Enid, Oklahoma 73701
Attorney for Plaintiff

and

Michael D. Roberts, OBA #13764
Roberts Law Office
205 West Maple, Suite 806
Enid, Oklahoma 73701
Attorney for Plaintiff

*s/Paulina Thompson*
Paulina Thompson, OBA #31736
Johnson, Hanan, Vosler, Hawthorne & Snider
9801 N. Broadway Extension
Oklahoma City, Oklahoma 73114
Attorney for Defendant Turn Key Health Clinics, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2018, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Jordan L. Miller, OBA #30892
Collins, Zorn & Wagner, P.C.
429 NE 50th Street, Second Floor
Oklahoma City, Oklahoma 73105
Telephone 405-524-2070
Facsimile 405-524-2078
jlm@czwlaw.com
Attorney for Defendants, Garfield County
Detention Center, Board of County
Commissioners of the County of Garfield,
and Jerry Niles.

James L. Gibbs, II
Goolsby, Proctor, Heefner & Gibbs, P.C.
701 N. Broadway Ave., Suite 400
Oklahoma City, OK 73102-6006
jgibbs@gphglaw.com
Attorney for Defendant Jerry Niles, individually

Alexander C. Vosler, OBA #19589
Sean P. Snider, #22307
Alexandra G. Ah Loy, OBA #31210
Paulina Thompson, OBA#31736
Johnson, Hanan and Vosler
9801 North Broadway Extension
Oklahoma City, Oklahoma 73114
Telephone 405-232-6100
Facsimile 405-232-6105
avosler@johnsonhanan.com
ssnider@johnsonhanan.com
aahloy@johnsonhanan.com
pthompson@johnsonhanan.com
Attorneys for Defendants, Turn Key Health Clinics

*s/Michael D. Roberts..*
Michael D. Roberts

C:\myfiles\mrpleadings\keenersherrydismissalturnkey.081618.wpd