Fax 405-524-2078
jlm@czwlaw.com
Attorney for Defendants, Garfield County
Detention Center, Board of County
Commissioners of the County of Garfield,
and Jerry Niles, in his official capacity as
Sheriff of Garfield County

## CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2018, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Jordan L. Miller, OBA #30892
Collins, Zorn & Wagner, P.C.
429 NE 50th Street, Second Floor
Oklahoma City, Oklahoma 73105
Telephone 405-524-2070
Facsimile 405-524-2078
jlm@czwlaw.com
Attorney for Defendants, Garfield County
Detention Center, Board of County
Commissioners of the County of Garfield,
and Jerry Niles, in his official capacity as
Sheriff of Garfield County

Alexander C. Vosler, OBA #19589
Sean P. Snider, #22307
Alexandra G. Ah Loy, OBA #31210
Pauline Thompson, OBA#31736
Johnson, Hanan. Vosler, Hawthorne & Snider
9801 North Broadway Extension
Oklahoma City, Oklahoma 73114
Telephone 405-232-6100
Facsimile 405-232-6105
avosler@johnsonhanan.com
ssnider@johnsonhanan.com
aahloy@johnsonhanan.com
pthompson@johnsonhanan.com
Attorneys for Defendants, Turn Key Health
Clinics, LLC

*s/Stephen Park Cameron*
Stephen Park Cameron

C:\myfiles\mrpleadings\keenersherrystipulationdismissal.111618.wpd

Niles, individually, have been previously dismissed without prejudice.

WHEREAS, the remaining parties agree the remaining claims should be dismissed without prejudice and the parties shall bear their own costs and attorney fees.

THEREFORE, it is hereby stipulated by and between the Plaintiff and the Defendant, Garfield County Detention Center, an Oklahoma Title 60 Authority; Board of County Commissioners of the County of Garfield, a Political Subdivision of the State of Oklahoma; Jerry Niles, in his official capacity as Sheriff of Garfield County; that the captioned case should be dismissed without prejudice and the parties shall bear their own costs and attorney fees. Fed. R. Civ. P. 41(a)(1)(A)(ii).

IT IS SO STIPULATED.

Respectfully submitted,

s/Stephen Park Cameron
Stephen Park Cameron, OBA# 20466
Mitchell & DeClerck
202 West Broadway
Enid, Oklahoma 73701
Attorney for Plaintiff

and

Michael D. Roberts, OBA #13764
Roberts Law Office
205 West Maple, Suite 806
Enid, Oklahoma 73701
Attorney for Plaintiff

s/Jordan L. Miller
Jordan L. Miller, OBA# 30892
Collins, Zorn & Wagner, P.C.
429 N.E. 50th Street, Second Floor
Oklahoma City, Oklahoma 73105
Telephone 405-524-2070

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SHERRY KEENER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| (1) GARFIELD COUNTY DETENTION CENTER, an ) | |
| Oklahoma Title 60 authority; ) | |
| (2) BOARD OF COUNTY COMMISSIONERS OF THE ) | Case No. CIV-18-665-M |
| COUNTY OF GARFIELD, a Political Subdivision of the ) | |
| State of Oklahoma; ) | |
| (3) JERRY NILES, individually, and in his official ) | |
| capacity as Sheriff of Garfield County; ) | |
| (4) TURN KEY HEALTH CLINICS, LLC, an Oklahoma ) | |
| limited liability corporation; ) | |
| (5) JOHN DOES (1 - 3), unknown individuals who were ) | |
| involved but not yet identified, ) | |
| ) | |
| Defendants. ) | |

## STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

WHEREAS, the Plaintiff, Sherry Keener has filed a Petition alleging claims against the Defendants, Garfield County Detention Center, an Oklahoma Title 60 Authority; Board of County Commissioners of the County of Garfield, a Political Subdivision of the State of Oklahoma; Jerry Niles, individually, and in his official capacity as Sheriff of Garfield County; Turn Key Health Clinics, LLC, an Oklahoma limited liability corporation; and John Does (1 - 3), unknown individuals who were involved but not yet identified, in the District Court of Garfield County, State of Oklahoma;

WHEREAS, the Defendant, Turn Key Health Clinics, LLC, removed the case to the United States District Court for the Western District of Oklahoma.

WHEREAS, that all claims asserted against Turn Key Health Clinics, LLC, and Jerry